IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| JAMES SPANN, Register No. 160792, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-4042-CV-C-NKL |
| | ) | |
| LARRY CRAWFORD, Director, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On February 6, 2007, the United States Magistrate Judge recommended that defendants' motions to dismiss be denied, in part, and granted, in part. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C). No exceptions have been filed.

A review of the record convinces the court that the recommendation of the Magistrate Judge is correct and should be adopted.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of February 6, 2007, is adopted. [54] It is further

ORDERED that defendants' motions to dismiss are denied, in part, and granted, in part. [23, 33] It is further

ORDERED that defendants' motion to dismiss is granted regarding plaintiff's medical claims, which are dismissed, pursuant to the doctrine of res judicata and 28 U.S.C. § 1915, for failure to state a claim on which relief may be granted. It is further

ORDERED that defendants' motions to dismiss are denied as to plaintiff's remaining claims.

/s/
NANETTE K. LAUGHREY
United States District Judge

Dated: March 6, 2007
Jefferson City, Missouri