IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| JAMES SPANN, Register No. 160792, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-4042-CV-C-NKL |
| | ) | |
| LARRY CRAWFORD, Director, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On March 21, 2007, the United States Magistrate Judge recommended that plaintiff's motion for default judgment against defendant C.O. Grisham be granted. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C). No exceptions have been filed.

A review of the record convinces the court that the recommendation of the Magistrate Judge is correct and should be adopted.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of March 21, 2007, is adopted. [67] It is further

ORDERED that plaintiff's motion of March 8, 2007, for the entry of default against defendant C.O. Grisham is granted. [64]

/s/ Nanette Laughrey
NANETTE K. LAUGHREY
United States District Judge

Dated: 5-4-07
Jefferson City, Missouri