IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| JAMES SPANN, Register No. 160792, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 06-4042-CV-C-NKL |
| ) | |
| LARRY CRAWFORD, Director, et al., ) | |
| ) | |
| Defendants. ) | |

### ORDER

On May 30, 2007, United States Magistrate Judge William A. Knox recommended dismissing plaintiff's claims against defendant Thomas VanKeulen. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C). No exceptions have been filed.

A review of the record convinces the court that the recommendation of the Magistrate Judge is correct and should be adopted.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of May 30, 2007, is adopted. [114] It is further

ORDERED that plaintiff's claims against defendant Thomas VanKeulen are dismissed, pursuant to Fed. R. Civ. P. 4(m).

/s/ Nanette Laughrey
NANETTE K. LAUGHREY
United States District Judge

Dated: 7-3-07
Jefferson City, Missouri