IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

JAMES SPANN, Register No. 160792, )
                                                 Plaintiff, )
                                                   v. )     No. 06-4042-CV-C-NKL
LARRY CRAWFORD, Director, et al., )
                                             Defendants. )

## ORDER

On July 11, 2007, United States Magistrate Judge William A. Knox recommended that plaintiff's motions for judgment on the pleadings be denied. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C). No exceptions have been filed.

A review of the record convinces the court that the recommendation of the Magistrate Judge is correct and should be adopted.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of July 11, 2007, is adopted. [124] It is further

ORDERED that plaintiff's motions for judgment on the pleadings are denied. [58, 77, 84]

                                              /s/

                                              NANETTE K. LAUGHREY
                                              United States District Judge

Dated: August 14, 2007
Jefferson City, Missouri